UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:24-CV-2687-WFJ-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC,

    Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

TO:    TRUST ROOFING, INC.
    c/o WINNIE SCHERER, its Registered Agent
    2322 Lake Ave SE
    Suite A
    Largo, FL 33771

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    (305) 230-4884
    brian@fairlawattorney.com

f you fa to respond, judgment by default will be entered against you for the relief d manded n h complaint. You also must file your answer or motion with the court.

Da : November 19, 2024

CLERK OF COURT

*Ashleigh Levi*

Signature of Clerk or Deputy Clerk

Civil Action No.:   8:24-cv-02687-WFJ-AAS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____was received by me on *(date)* _____ .

☐   I personally served the summons on the individual at *(place)* _____ _____, on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, _____on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____ designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify):*

_____ .

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____                               _____
                                                                Server's Signature


                                                _____
                                                                Printed Name and Title


                                                _____
                                                                Server's address

Additional information regarding attempted service, etc: