UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:24-CV-2687-WFJ-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 1.07, I Certify that the instant action:

__X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Francisco Matdonado vs. Trust Roofing, Inc., Robin Scherer, and Winnie Scherer*
M.D. Fla. Case No.:   8:24-cv-00927-JSM-AAS

*Francisco Matdonado vs. FrankCrum/Trust Roofing, Inc.,*
OJCC Case No.: 24-006966EBG

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 22nd day of November 2024.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
