UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-2687-WFJ-AAS

FRANCISCO MATDONADO,

     Plaintiff,

vs.

TRUST ROOFING, INC.,

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, TRUST ROOFING, INC.

Plaintiff, Francisco Matdonado files the Return of Service on Defendant, Trust Roofing, Inc (served on November 20, 2024).

Dated this 22nd day of November 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
