## VERIFIED RETURN OF SERVICE

Job # MIA19945

### Client Info:

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
FRANCISCO MATDONADO
 -versus-
**DEFENDANT:**
TRUST ROOFING, INC.

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA
Court Division: TAMPA

Court Case # **8:24-CV-2687-WFJ-AAS**

### Service Info:

**Received by Doreen Campbell: on November, 20th 2024** at **11:41 AM**
**Service:** I Served **TRUST ROOFING, INC. c/o Winnie Scherer, its Registered Agent**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Renee Parker, EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Business 2322 LAKE AVE. SE, SUITE A LARGO, FL 33771**
Latitude: **27.895468**,   Longitude: **-82.771196**

On **11/21/2024** at **10:37 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE WAS PERFORMED BY DELIVERING A TRUE COPY TO DESIGNATED PERSON TO ACCEPT PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

### Served Description:  (Approx)

Age: **28**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 2"**, Weight: **110**, Hair: **Blond** Glasses: **Yes**

I **Doreen Campbell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Doreen Campbell (signature)*

**Doreen Campbell**
Lic # **APS 35262**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Francisco Matdonado vs. Trust Roofing, Inc.
Ref # 73807




1 of 1