UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-2687-WFJ-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,

    Defendant.

_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Francisco Matdonado, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 27th day of December 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
