UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FRANCISCO MATDONADO,

                               CASE NO.: 8:24-CV-2687-WFJ-AAS

      Plaintiff,

vs.

TRUST ROOFING, INC.,

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Francisco Matdonado, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

Respectfully submitted this 23rd day of January 2025,

                                 Brian H. Pollock, Esq.
                                 Brian H. Pollock, Esq.
                                 Fla. Bar No. 174742
                                 brian@fairlawattorney.com
                                 FAIRLAW FIRM
                                 135 San Lorenzo Avenue
                                 Suite 770
                                 Coral Gables, FL 33146
                                 Tel:   305.230.4884
                                 *Counsel for Plaintiff*