UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

FRANCISCO MATDONADO,

                                      CASE NO.: 8:24-CV-2687-WFJ-AAS

     Plaintiff,

v.

TRUST ROOFING, INC.,

     Defendant.

_____/

### NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Francisco Matdonado, and no longer has an interest in the outcome of this action.

Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Dated this 19th day of May 2025.

                                      s/ Patrick Brooks LaRou, Esq.
                                      Patrick Brooks LaRou, Esq.
                                      Fla. Bar No. 1039018
                                      brooks@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770

Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*