UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-CV-02687-WFJ-AAS

FRANCISCO MATDONADO,

    Plaintiff,

v.

TRUST ROOFING, INC.,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant, TRUST ROOFING, INC. ("Defendant"), by and through the undersigned counsel, hereby files Defendant's Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories, and states as follows:

1. On April 18, 2025, Plaintiff served his First Set of Interrogatories with 25 interrogatories and his First Request for Production with 41 requests.

2. On April 21, 2025, Plaintiff served his First Request for Admissions which contained 44 requests.

3. At this time, Defendant has served its responses to Plaintiff's First Request for Production and First Request for Admissions, and Defendant is in the process of confirming information needed to accurately respond to the First Set of Interrogatories and provide those sworn responses, but needs two more days to do so.

4. In light of the above, Defendant requests that the Court grant Defendant a two-day extension of time from June 16, 2025, up to and including June 18, 2025 to provide its responses to Plaintiff's First Set of Interrogatories.

5. Defendant is not requesting an extension of time for any improper purpose or delay.

6. The requested extension will not prejudice any party.

### **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(B) provides that "the court may, for good cause, extend the time [to file] . . . on motion made after the time has expired if they party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). "In determining whether to grant a motion to extend deadlines under Rule 6(b)(1)(B), courts must consider: the danger of prejudice to the opposing party; the length of delay and its potential impact on the judicial proceedings; the reason for the delay, including whether it was within the reasonable control of the movant; and whether the movant acted in good faith." Sapphire Int'l Group, Inc. v. Allianz Global Risks US Ins. Co., CASE NO. 18-CV-80101-DMM, 2018 WL 8344838, at *1 (S.D. Fla. Sep. 26, 2018) (citing Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993); Rance v. Rock Solid Granit USA, Inc., No. 08-21639-CIV, 2011 WL 906643, at *1 (S.D. Fla. 2011). In this case, a two-day extension will not prejudice Plaintiff. Defendant submits that granting the extension requested in this Motion will not impact judicial proceedings. Rather, extending Defendant's deadline to respond to the First

Set of Interrogatories will allow Defendant a reasonable amount of time to finalize its responses. Accordingly, good cause exists for granting the requested extension.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the instant Motion, extending the deadline for Defendant to respond to the First Set of Interrogatories from June 16, 2025, up to and including June 18, 2025, and providing any other relief the Court deems just and proper.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Defendant's counsel certifies that he attempted to confer with Plaintiff's counsel via e-mail and telephone on June 16, 2025 regarding the relief requested in the instant Motion, but did not receive a response from Plaintiff's counsel. Undersigned counsel will continue attempts to confer with Plaintiff's counsel and will supplement this certification accordingly.

Dated this 16th day of June, 2025.

Respectfully submitted,

*/s/ Benjamin S. Briggs*
BENJAMIN S. BRIGGS
Florida Bar No. 113814
TIFFANY M. LOVE
Florida Bar No. 1038746
**ADAMS AND REESE LLP**
100 N. Tampa Street, Suite 4000
Tampa, Florida 33602
Tel: (813) 402-2880 / Fax: (813) 402-2887
Ben.briggs@arlaw.com
Tiffanym.love@arlaw.com
Elaine.glotz@arlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the CM/ECF System, which will automatically serve a copy via electronic mail delivery to all counsel of record, on this 16th day of June, 2025.

/s/ *Benjamin S. Briggs*
Attorney