UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:24-CV-2687-WFJ-AAS

FRANCISCO MATDONADO,

     Plaintiff,

vs.

TRUST ROOFING, INC.,

     Defendant.

_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff, Francisco Matdonado, and Defendant, Trust Roofing, Inc. pursuant to the Court's Scheduling Order [ECF No. 20], notify the Court that they have agreed to utilize **Shane Munoz, as mediator** in this case. The Parties have scheduled mediation to occur **September 11, 2025**, beginning at **9:00 a.m. in person at:**

**Adams & Reese, LLP**

**100 N. Tampa Street, Suite 4000**

**Tampa, Florida 33602**

Respectfully submitted this 15th day of August 2025.

s/ Brian H. Pollock
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Benjamin Briggs
Benjamin Briggs, Esq.
Florida Bar No. 113814
Ben.Briggs@arlaw.com
Adams and Reese LLP
100 N Tampa St, Ste 4000
Tampa, FL 33602
Telephone: (813) 402-2880
*Counsel for Defendant*