UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

v.                                      Case No: 8:24-cv-2687-WFJ-AAS

TRUST ROOFING, INC.,

    Defendant.

_____/

**ORDER APPOINTING MEDIATOR
AND SCHEDULING MEDIATION**

Pursuant to the Notice of Mediation (Dkt. 27), and in accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

The following individual is hereby appointed by the Court to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | Shane T. Munoz |
| **Date/Time of Mediation**: | September 11, 2025<br>9:00 a.m. |
| **Place of Mediation**: | Adams & Reese, LLP<br>100 N. Tampa Street, Suite 4000<br>Tampa, Florida 33602 |

1

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on August 15, 2025.

                                           s/*William F. Jung*
                                           **WILLIAM F. JUNG**
                                           **UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any