UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRANCISCO MATDONADO,**

    Plaintiff,

vs.                                         CASE NO. 8:24-cv-2687-WFJ-AAS

**TRUST ROOFING, INC.,**

    Defendant.

_____/

**MEDIATION REPORT**

In accordance with the Court's August 15, 2025, Order Appointing Mediator and Scheduling Mediation (Dkt. 28), a mediation conference commenced on September 11, 2025 and continued by agreement of the Parties and the Mediator through September 12, 2025. All required persons attended. The case has been completely settled.

                                        Respectfully submitted,

                                        /s/ *Shane T. Muñoz*
                                        Shane T. Muñoz
                                        Florida Bar No. 0067024
                                        Shane@STM-Mediations.com
                                        Shane Muñoz Mediations
                                        2921 West Hawthorne Road
                                        Tampa, FL  33611
                                        Telephone:  941-780-2614
                                        Mediator

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2025, I electronically filed the foregoing Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                      Shane Muñoz Mediations

                                      */s/ Shane T. Muñoz*